UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-mc-20-FL

In re. Enforcement of
Subpoena to New
Hanover County
Sheriff

## ORDER COMPELLING RELEASE OF NEW
## HANOVER COUNTY SHERIFF DEPARTMENT'S RECORDS

Upon consideration and for good cause, it is hereby **ORDERED** that the New Hanover County Sheriff Department shall produce copies of any material responsive to the Subpoena served by BMW of North America, LLC related to the above-captioned action within 21 days of the entry of this order.

Entered this 29th day of December, 2023.

*[Signature]*
UNITED STATES DISTRICT JUDGE

7

28634579v4